THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY SILVERMAN, Appellant.— Judgment reversed and new trial granted, on the ground that the evidence is insufficient to show that the defendant was guilty of the crime charged beyond a reasonable doubt. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Glennon, J., dissents and votes to reverse and dismiss

* Revd., 266 N. Y. 114.          † Modfd., 266 N. Y. 68.

the information on the ground that the People failed to prove a case beyond a reasonable doubt; that the credible evidence shows that the defendant is not guilty of any crime, and there is absolutely no proof of the *corpus delicti.*